## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                                           Case No.: 1:21−cr−00385

                                                                     Honorable John F. Kness

Max Schaefer

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 12, 2023:

      MINUTE entry before the Honorable John F. Kness as to Max Schaefer: The minute order [111] entered on 10/11/2023 is stricken. In view of the parties' joint status report [110] requesting the scheduling of a sentencing date and preparing of the presentencing report, the hearing scheduled for 10/18/2023 is stricken. Consistent with the parties' suggestions, the case is referred to the Probation Office for preparation of the presentence report. The government must submit its version of the offense to the Probation Office by 10/27/2023. Defendant must submit his version to the Probation Office by 11/3/2023. Failure to submit a version of the offense conduct by those dates may constitute waiver of the right to have such material considered within the PSR, and the probation officer will have the right to make determinations without regard to a defendant's version of the offense conduct submitted after that date. Local Criminal Rule 32.1(e). Sentencing memoranda making objections to the presentence report and discussing 18 U.S.C. § 3553(a) factors must be filed (in one combined filing per side) by 1/25/2024. Any responses to be filed by 2/1/2024. Failure to file the memoranda by those deadlines risks waiver of any objections to the presentence report. An inperson sentencing set for 2/8/2024 at 10:30 AM. The Probation Office is directed to provide the sentencing recommendation to Defendant Schwartz, counsel for Defendant Schwartz, and counsel for the Government. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.